UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:

Berndex and Dolores Nicholson          Chapter 13

         Case No. 10-29107

Debtor(s).

---

NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

---

Berndex and Dolores Nicholson have filed papers with the Court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to modify the plan as proposed, of if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

         Clerk of Bankruptcy Court
         517 E. Wisconsin Avenue
         Room 126
         Milwaukee, WI 53202-4581

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Todd C. Esser & Associates
11805 W. Hampton Ave.
Milwaukee, WI 53225
414-461-7000 (t)
414-461-8860 (f)

You must also mail a copy to:

>Todd C. Esser & Associates
>11805 W. Hampton Ave.
>Milwaukee, WI 53225

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an Order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    __X__ the Debtor;

    _____ the Chapter 13 Trustee;

    _____ the holder of an unsecured claim (Name _____) (post-confirmation modifications only).

2. This is a request to modify a Chapter 13 Plan (Select A or B):

    A. _____ post-confirmation

    B. __X__ pre-confirmation (Select i. or ii.);

    i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

    ii. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: see attached

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: To clarify the proposed Plan treatment of Claims relative to Non-Custodial Support arrearage, and the continued Direct payment by the Debtors of Student Loan debts during the Chapter 13 Plan.

4.  The reason for the modification is: To resolve any ambiguity concerning the Plan treatment of Claims relative to Non-Custodial Support arrearage and Student Loans.

5.  Select A. or B.

    A. \_\_\_\_\_ The Chapter 13 Plan confirmed or last modified on \_\_\_\_\_ is modified as follows:

    B. __X__ The unconfirmed Chapter 13 Plan dated May 28, 2010 is modified as follows:

    a) Non-Custodial Child Support Claims pursuant to 11 U.S.C 507(a)(1)(B) shall receive the same dividend as General, Unsecured Claims, and

    b) The Debtors shall maintain post-Petition payments on Student Loans DIRECTLY to the Student Loan providers.

    All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6.  **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

WHEREFORE, the Proponent requests that the Court approve the modification to the Chapter 13 Plan as stated herein.

Todd C. Esser & Associates
Attorneys for Berndex and Dolores Nicholson

Dated: August 2, 2010    By: *(signed)*
　　　　　　　　　　　　　　Todd A. Koenig

Dated: 7/29/10    *(signed)*
　　　　　　　　　　Berndex Nicholson, Debtor

Dated: 7/29/10    *(signed)*
　　　　　　　　　　Dolores Nicholson, Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

Berndex and Dolores Nicholson,　　　　　　　Chapter 13 Proceedings
　　　　　　　　　　　　　　　　　　　　　Case No. 10-29107
　　　　Debtors.

---

CERTIFICATE OF SERVICE

---

STATE OF WISCONSIN　)
　　　　　　　　　　) ss
MILWAUKEE COUNTY　　)

The undersigned, being first duly sworn on oath, says on the 3rd day of August, 2010, she placed the NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN, a copy of which is now on file herein, and that copies of these documents were mailed, properly enclosed in a postage paid envelope, or served electronically if the party accepts electronic service to the following:

　　Mary Grossman, Trustee, via ecf
　　Office of U.S. Trustee, via ecf

　　See attached list.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Affiant

Subscribed and sworn before me
this 3rd day of August, 2010.

_____
Notary Public, State of Wisconsin
My Commission: _____

[Notary Seal: NANCY A. LIPINSKI, NOTARY PUBLIC, STATE OF WISCONSIN]

Todd C. Esser & Associates
11805 West Hampton Avenue
Milwaukee, WI 53225
Telephone (414) 461-7000
Facsimile (414) 461-8860

| | | |
|---|---|---|
| Capital One Auto Finance<br>3901 N Dallas Pkwy<br>Plano, TX 75093 | Capital One, N.a.<br>C/O American Infosource<br>Po Box 54529<br>Oklahoma City, OK 73154 | Chase<br>P.o. Box 15298<br>Wilmington, DE 19850 |
| | Citimortgage Inc<br>Po Box 9438, dept 0251<br>Gaithersburg, MD 20898 | City of Milwaukee<br>841 North Broadway, Room 406<br>Milwaukee, WI 53202-3687 |
| Columbia St. Mary's<br>Payment Processing Center<br>PO Box 2960<br>Milwaukee, WI 53201-2960 | Continental Service Group, Inc.<br>200 CrossKeys Office Park<br>Fairport, NY 14450 | Department of Workforce Development<br>WI SCTF<br>P.O. Box 07914<br>Milwaukee, WI 53207 |
| Glelsi/bank One Educat<br>Po Box 7860<br>Madison, WI 53707 | Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197 | Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197 |
| Hyundai Finance<br>Attn: Bankruptcy<br>Pob 20809<br>Fountain Valley, CA 92728 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Nissn Inf Lt<br>Attn: Bankruptcy<br>8900 Freeport Parkway<br>Irving, TX 75063 |
| Slc Conduit<br>99 Garnsey Rd<br>Pittsford, NY 14534 | Slc Conduit I Llc<br>99 Garnsey Rd<br>Pittsford, NY 14534 | Slm Entities/glelsi<br>2401 International Ln<br>Madison, WI 53704 |
| Suzuki Credit<br>Po Box 111897<br>Nashville, TN 37222 | Wi Electric<br>Attention: Bankruptcy A130<br>Po Box 2046<br>Milwaukee, WI 53201 | Wisconsin Department of Revenue<br>Mail Stop 4-206<br>PO Box 8901<br>Madison, WI 53708-8901 |
| Wisconsin Radiology Spec. SC<br>PO Box 2350<br>Brookfield, WI 53008-2350 | | |