UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:

Berndex Nicholson and
Dolores Nicholson,

    Chapter 13

    Debtors.

    Case No. 10-29107-pp

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Berndex Nicholson and Dolores Nicholson have filed papers with the Court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to modify the Plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

    Clerk of Bankruptcy Court
    518 E. Wisconsin Avenue
    Room 126
    Milwaukee, WI 53202-4581

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Todd C. Esser & Associates
11805 West Hampton Avenue
Milwaukee, WI 53225
Telephone (414) 461-7000
Facsimile (414) 461-8860

You must also mail a copy to:

> Todd C. Esser & Associates
> 11805 West Hampton Avenue
> Milwaukee, WI 53225

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an Order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    __X__ the Debtor(s);

    _____ the Chapter 13 Trustee;

    _____ the holder of an unsecured claim (Name _____) (post-confirmation modifications only).

2. This is a request to modify a Chapter 13 Plan (Select A or B):

    A. __X__ post-confirmation

    B. _____ pre-confirmation (Select i. or ii.);

        i. ___ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b));

    or

        ii. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

    *Maintain Chapter 13 Plan feasibility.*

4. The reason for the modification is: *See paragraph 3 above.*

Todd C. Esser & Associates
11805 West Hampton Avenue
Milwaukee, WI 53225
Telephone (414) 461-7000
Facsimile (414) 461-8860

2

Case 10-29107-svk    Doc 45    Filed 07/31/14    Page 2 of 4

5. Select A. or B.

A. __X__ The Chapter 13 Plan confirmed or last modified on October 19, 2010 is modified as follows:

B. _____ The unconfirmed Chapter 13 Plan dated _____ is modified as follows:

i. **The Chapter 13 Plan payment shall be made through payroll deduction orders directed to the place of employment for each debtor as follows:**

   a. **$270 <u>weekly</u> through Berndex's employer;**

   b. **$60.00 <u>bi-weekly</u> through Dolores' employer.**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

Todd C. Esser & Associates
11805 West Hampton Avenue
Milwaukee, WI 53225
Telephone (414) 461-7000
Facsimile (414) 461-8860

3

**CERTIFICATION**

Complete one of the certifications below:

1. I/We, Berndex Nicholson and Dolores Nicholson, the Debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 Plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

   Date:_____    _____
                                              Berndex Nicholson, Debtor

   Date:_____    _____
                                              Dolores Nicholson, Debtor

OR

2. I, Steven E. Berg, attorney for debtor(s) Berndex Nicholson and Dolores Nicholson, certify that I have reviewed the modification proposed above with the debtor(s) and that the debtor(s) has/have authorized me to file it with the court.

   Date: 7/31/2014    By _____
                                               STEVEN E. BERG, Counsel for the Debtor(s)

WHEREFORE, the Proponent requests that the Court approve the modification to the Chapter 13 Plan as stated herein.

                                                        TODD C. ESSER & ASSOCIATES
                                                        Attorneys for Debtor

Date: 7/31/2014    By _____
                                                     STEVEN E. BERG

Todd C. Esser & Associates                            4
11805 West Hampton Avenue
Milwaukee, WI 53225
Telephone (414) 461-7000
Facsimile (414) 461-8860

Case 10-29107-svk   Doc 45   Filed 07/31/14   Page 4 of 4